IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )
    v.                       )   CRIMINAL ACTION NO.
                             )      2:10cr186-MHT
MILTON E. McGREGOR           )         (WO)
```

ORDER

By agreement of the parties made on the record on June 22, 2011, it is ORDERED that defendant Milton E. McGregor's objection and appeal (doc. no. 1287), regarding the magistrate judge's order (doc. no. 1265) as to the subpoenas for Bob Riley, Chris Murphy, and Michael Robinson are continued until defendant McGregor informs the court that the objection and appeal (doc. no. 1287) are ready for disposition by the court.

DONE, this the 22nd day of June, 2011.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE