IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| **MILTON E. McGREGOR** | ) | (WO) |

### ORDER

Because the issues presented by defendant Milton E. McGregor in his objection to the magistrate judge's order and in his the appeal from that order, regarding the subpoenaing of witnesses, are moot, it is ORDERED that the objection (doc. no. 1287) is overruled and the appeal (doc. no. 1287) is dismissed as moot.

DONE, this the 9th day of August, 2011.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**