IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>   v. )<br>)<br>MILTON E. McGREGOR, )<br>THOMAS E. COKER, )<br>LARRY P. MEANS, )<br>JAMES E. PREUITT, )<br>HARRI ANNE H. SMITH, and )<br>JARRELL W. WALKER, JR. ) | CRIMINAL ACTION NO.<br>  2:10cr186-MHT<br>     (WO) |

<u>ORDER</u>

It is ORDERED that the government's motion to exclude (Doc. No. 2311) is granted. The court agrees with the statements made in the motion.

DONE, this the 17th day of February, 2012.

                      /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE