IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, | ) | (WO) |
| THOMAS E. COKER, | ) | |
| LARRY P. MEANS, | ) | |
| JAMES E. PREUITT, | ) | |
| HARRI ANNE H. SMITH, and | ) | |
| JARRELL W. WALKER, JR. | ) | |

ORDER

It is ORDERED that, beginning February 28, 2012, at 8:00 a.m., the jurors in this case shall be sequestered and shall thereafter be kept in the custody of the United States Marshals Service for the duration of this trial or until further notice from this court.

DONE, this the 27th day of February, 2012.

                                       /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE