IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, | ) | (WO) |
| THOMAS E. COKER, | ) | |
| LARRY P. MEANS, | ) | |
| JAMES E. PREUITT, | ) | |
| HARRI ANNE H. SMITH, and | ) | |
| JARRELL W. WALKER, JR. | ) | |

ORDER

It is ORDERED as follows:

(1) The total time for closing arguments is nine hours as follows: three hours for the government; and six hours total for the six defendants, with the time to be divided among the six defendants as they so choose. If the defendants are unable to agree to a division, the court itself will divide the hours among them.

(2) Closing arguments will be held on Tuesday and Wednesday, February 28 & 29, 2012. For Tuesday, arguments will run from 8:00 a.m. to 10:00 a.m., 10:30

a.m. to noon, 1:00 p.m. to 3:00 p.m., and 3:30 p.m. to 5:00 p.m.  For Wednesday, arguments will run from 8:00 a.m. to 10:00 a.m.

DONE, this the 27th day of February, 2012.

                                              /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE