IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. McGREGOR | ) | (WO) |

JUDGMENT OF ACQUITTAL

It is the ORDER, JUDGMENT, and DECREE of the court that defendant Milton E. McGregor is not guilty of all the charges against him.

It is further ORDERED that defendant McGregor is acquitted and discharged and any bond exonerated.

DONE, this the 16th day of March, 2012.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE